IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLEVELAND BERRY,                  )
                                  )
     Plaintiff,                   )
                                  )     CIVIL ACTION NO.
     v.                           )       2:16cv700-MHT
                                  )           (WO)
ALABAMA DEPARTMENT of             )
CORRECTIONS and KILBY             )
CORRECTIONAL FACILITY,            )
                                  )
     Defendants.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that all outstanding motions are denied.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

**DONE**, this the 8th day of December, 2016.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**